UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joseph J. Pederson, | Case No.: 13cv3122 (MJD/SER) |
| Petitioner, | |
| v. | **ORDER** |
| Lucinda Jesson,<br>*Commissioner of the Minnesota Department of Human Services* | |
| Respondent. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation [Docket No. 4] of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus, (Docket No. 1), be **DENIED**;

2. This action be **DISMISSED**; and

3. Petitioner should **NOT** be granted a Certificate of Appealability.

Dated: February 10, 2014

*s/Michael J. Davis*
Michael J. Davis
Chief Judge
United States District Court